**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF OREGON

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | **Deer Meadows, LLC** | |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **93-1249979** | |
| **4.** | **Debtor's address** | **Principal place of business** **1350 W Main St** **Sheridan, OR 97378** Number, Street, City, State & ZIP Code  **Yamhill** County | **Mailing address, if different from principal place of business** **363 SW Bluff Dr** **Bend, OR 97702** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: | |

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 1

Debtor  **Deer Meadows, LLC**　　　　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　　Name

**7. Describe debtor's business**　A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5311__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

| Debtor | **Deer Meadows, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district?***  
*Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
   Contact name _____
   Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Deer Meadows, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 29, 2016**
MM / DD / YYYY

X **/s/ Kristin Harder**       **Kristin Harder**
Signature of authorized representative of debtor      Printed name

Title  **Manager**

**18. Signature of attorney**

X **/s/ Stephen T. Boyke**       Date **September 29, 2016**
Signature of attorney for debtor      MM / DD / YYYY

**Stephen T. Boyke**
Printed name

**Law Office of Stephen T. Boyke**
Firm name

**10122 SW Barbur Blvd., Suite 206A**
**Portland, OR 97219**
Number, Street, City, State & ZIP Code

Contact phone **(503) 227-0417**       Email address **steve@boykelaw.com**

**881628**
Bar number and State

Fill in this information to identify the case:
Debtor name   **Deer Meadows, LLC**
United States Bankruptcy Court for the:   **DISTRICT OF OREGON**
Case number (if known):

☐ Check if this is an
amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Abraham, Jennifer<br>777 SE Meadows Loop<br>Sheridan, OR 97378 | | Wages | Unliquidated | | | $1,516.72 |
| Advanced Mechanical Heat<br>PO Box 1699<br>McMinnville, OR 97128 | | Trade debt | | | | $1,370.46 |
| Altman, Deana<br>17439 SW Sapphire Ln<br>Beaverton, OR 97007 | (503) 686-3226 | Trade debt; Unpaid compensation?? | | | | $11,538.00 |
| Baller, Srerl S<br>38505 Tindle Creek Rd SW<br>Willamina, OR 97396 | | Wages | Unliquidated | | | $1,360.00 |
| Christopher Kemper<br>1744 NW 32nd Ave<br>Portland, OR 97210 | christopherjkemper@yahoo.com<br>(503) 332-3191 | Legal services | | | | $32,410.15 |
| City of Sheridan<br>120 SW Mill St<br>Sheridan, OR 97378 | (503) 843-2347 | Water and sewer bill | | | | $5,648.14 |
| Direct Supply<br>PO Box 88201<br>Milwaukee, WI 53288-0201 | Justin<br>(888) 50-0887 | Office supplies fraudulently ordered by former employee | Disputed | | | $24,419.33 |
| Ecolab Pest Elim Div<br>26252 Network Place<br>Chicago, IL 60673 | (763) 315-9600 | Pest control | | | | $2,347.00 |

| Debtor | **Deer Meadows, LLC** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **EF Recovery**<br>**9014 Peacock Hill Ave #200**<br>**Gig Harbor, WA 98332** | **(877) 213-9047 x 324** | **False alarm fees** | | | | $2,166.00 |
| **HD Supply Facilities Mnt**<br>**PO Box 509058**<br>**San Diego, CA 92150** | **(800) 798-8888** | **Cleaning supplies and maintenance** | | | | $6,740.58 |
| **Lefor & Rapp LLC**<br>**2735 12th St SE #200**<br>**Salem, OR 97302** | **Vicki Holland**<br><br>**(503) 364-5851** | **Accounting and tax service** | | | | $13,525.47 |
| **Medline Industries Inc**<br>**PO Box 121080**<br>**Dallas, TX 75312** | **(800) 388-2147** | **Nursing supplies** | | | | $1,519.17 |
| **Ogden, Murphy Wallace**<br>**901 5th Ave**<br>**Seattle, WA 98164** | **Leslie Pesterfield**<br><br>**lpesterfield@omwlaw.com**<br>**(206) 447-7000** | **Legal services** | | | | $49,628.00 |
| **Oregon Empl Tax**<br>**P O Box 4395**<br>**Portland, OR 97208** | | **PR Tax and fees** | | | | $29,474.38 |
| **Payless Drug LTC Pharmacy**<br>**601 SW 2nd Ave**<br>**Portland, OR 97204** | **(503) 372-1783** | **Pharmacy** | | | | $4,007.63 |
| **PGE**<br>**PO Box 4404**<br>**Portland, OR 97208-4404** | **(503) 372-1783** | **Electricity service** | | | | $3,501.26 |
| **Swisher**<br>**14546 N Lombard St**<br>**Portland, OR 97203** | **(503) 227-3505** | **Chemicals** | | | | $1,746.38 |
| **Sysco**<br>**26250 SW Parkway Center Drive**<br>**Wilsonville, OR 97070** | **(503) 682-8700** | **Food** | **Disputed** | | | $41,110.69 |
| **TJ's Superette**<br>**129 Main St**<br>**Sheridan, OR 97378** | | **Gasoline** | | | | $1,500.00 |
| **Willamette Valley Med CT**<br>**270 SE Stratus Ave**<br>**McMinnville, OR 97128** | **(503) 453-6311** | **Drug testing** | | | | $3,613.00 |

# CERTIFICATE OF SERVICE

I certify that I served the foregoing List of 20 Largest Unsecured Creditors, on:

| | |
|---|---|
| Deer Meadows, LLC<br>363 SW Bluff Dr<br>Bend, OR 97702<br>Debtor and Debtor-in-Possession | Edward D. Vaisbort<br>Michelman & Robinson LLP<br>10880 Wilshire Blvd., 19th Floor<br>Los Angeles, CA 90024<br>Attorney for DCR Mortgage |
| DCR Mortgage<br>333 3rd Ave N #400<br>Saint Petersburg, FL 33701<br>Secured Creditor | |

by mailing copies of it in sealed, first-class, postage prepaid envelopes, addressed to the attorneys and parties shown above at the last known address of each attorney or party, and depositing the envelopes with the United States Postal Service at Portland Oregon, on the date set forth below.

I further certify that, on the date set forth below, copies of of 20 Largest Unsecured Creditors was served on all CM/ECF participants through the Court's Case Management/ Electronic Case File system.

Dated: September 30, 2016

/s/ Stephen T. Boyke
Stephen T. Boyke, OSB # 881628
Attorney For Debtor

LAW OFFICE OF STEPHEN T. BOYKE
10211 SW Barbur Blvd., Suite 206A
Portland, OR 97219
(503) 227-0417 • steve@boykelaw.com