Stephen T. Boyke, OSB #881628
E-mail: steve@boykelaw.com
Law Office of Stephen T. Boyke
10211 SW Barbur Blvd., Suite 206A
Portland, OR 97219
(503)227-0417

    Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

In re                                     ) Case No.  16-33768-11
                                          )
Deer Meadows, LLC                         )
                                          ) Chapter 11
                                          )
            Debtor.                       ) DEBTOR'S CORPORATE OWNERSHIP
                                          ) STATEMENT AND LIST OF EQUITY
_____) SECURITY HOLDERS

    Debtor, pursuant to Bankruptcy Rule 1007(a)(1) and (3), hereby states that ownership

of Debtor is as follows:

    1.      Aspen Foundation III, an Oregon non-profit corporation, holds 100% of the

membership interest in Debtor and whose address is 363 SW Bluff Dr., Bend, OR 97702.

    Dated:  September 29, 2016

                        Law Office of Stephen T. Boyke

                        /s/ Stephen T. Boyke
                        Stephen T. Boyke, OSB # 881628
                        Attorney For Debtor

/Users/Steve/Documents/Law Office/Clients/Deer Meadows LLC/Bankruptcy Case/Main/P Corp Ownership Statement.pages

Page 1 of  1  -  DEBTOR'S CORPORATE OWNERSHIP  STATEMENT AND LIST OF EQUITY
                SECURITY HOLDERS

LAW OFFICE OF STEPHEN T. BOYKE
10211 SW Barbur Blvd., Suite 206A
Portland, OR 97219
(503) 227-0417 • steve@boykelaw.com